UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Court File No. 26-mj-75 |
| Plaintiff, | |
| v. | **DEFENDANT'S MEET AND CONFER STATEMENT** |
| Claire Feng, | |
| Defendant. | |

---

Per the Court's February 3, 2026 Order, ECF No. 13, Defendant provides the following meet-and-confer statement. Counsel for Defendant and counsel for the government have met and conferred. Counsel for the government notes its objection to Defendant's motion on the basis that Rule 16 does not provide for pre-indictment discovery, but the government nonetheless indicates it will produce as much of the requested discovery as it can process before Wednesday, February 11, so that counsel can have adequate time to prepare for the preliminary hearing.


Dated:  February 6, 2026

/s/ *Kevin C. Riach*
Kevin C. Riach (#0389277)
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone:  612.203.8555
kevin@riachdefense.com
**Attorney for Defendant**